EDWARD JONES, Appellant, v. CHARLES W. DOHERTY et al., Respondents.

*Jones* v. *Doherty*, 17 App. Div. 628, affirmed.
(Argued April 24, 1900; decided May 11, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1897, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term.

*Scott Lord* for appellant.

*Philip L. Wilson* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ. Not sitting: PARKER, Ch. J.

--------

JOHN S. SANDERSON, Respondent, v. CHARLES WESTON, as Executor of ABIJAH WESTON, Deceased, Appellant, Impleaded with Others.

*Sanderson* v. *Weston*, 21 App. Div. 634, affirmed.
(Argued April 25, 1900; decided May 11, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 3, 1897, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*J. H. Waring* for appellant.

*C. S. Cary* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN, VANN and LANDON, JJ.